HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HANNIBAL ABDULLAH-EL,

    Plaintiff,

v.

SEATTLE CENTRAL COMMUNITY COLLEGE,

    Defendant.

CASE NO. C14-1420RAJ

MINUTE ORDER

    The following minute order is made by the direction of the court, the Honorable Richard A. Jones:

    On September 29, 2014, the court ordered plaintiff, Hannibal Abdullah-El, to show cause within thirty (30) days why this case should not be dismissed for lack of subject matter jurisdiction. Plaintiff has failed to respond and the deadline to do so has passed. Accordingly, the court dismisses this action and directs the clerk to terminate all pending motions and close this case.

    Dated this 31st day of October, 2014.

WILLIAM M. MCCOOL
Clerk

s/Rhonda Stiles
Deputy Clerk

MINUTE ORDER- 1